# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4006
_____

ELWOOD CLARK BARCLAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

July 11, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Elwood Clark Barclay, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.